IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PEER COMMUNICATIONS CORPORATION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:06cv370 |
| v. | § § | **JURY TRIAL DEMANDED** |
| SKYPE TECHNOLOGIES SA, SKYPE, INC. and EBAY, INC., | § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that PEER COMMUNICATIONS CORPORATION appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. *Final Judgment*, entered in this action on October 7, 2008;

2. *Memorandum Opinion* regarding claim construction, entered in this action on May 29, 2008; and

3. *Memorandum Opinion & Order* denying the parties' Motions for Reconsideration and Objections to Magistrate Judge Love's Claim Construction Order, entered in this action on August 7, 2008.

Dated:  November 5, 2008

Respectfully submitted,

/s/  Michael T. Cooke
State Bar No. 04759650
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400

Fax: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com

Edward R. Nelson, III
State Bar No. 00797142
Steven W. Hartsell
State Bar No. 24040199
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Fort Worth, Texas  76112
Business (817) 377-9111
Fax (817) 377-3494
Cell (817) 846-0629
enelson@nbclaw.net
shartsell@nbclaw.net

Stephen D. Susman
State Bar No. 19521000
Harry P. Susman
State Bar No. 24008875
Mary Kathryn Sammons
State Bar No. 17556100
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666
ssusman@susmangodfrey.com
hsusman@susmangodfrey.com
msammons@susmangodfrey.com

Manuel G. Berrélez
State Bar No. 24057760
SUSMAN GODFREY, L.L.P.
901 Main, Suite 5100
Dallas, TX 75202
Ph.: 214.754.1913
Fax: 214.665.2664
Cell: 214.315.0721
mberrelez@susmangodfrey.com

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649

2

Longview, Texas 75606
Telephone: (903) 757-8449
Fax: (903) 758-7397
ema@emafirm.com

John Ward, Jr.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR., P.C.
111 W. Tyler Street
Longview, Texas 75601
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2008, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Michael T. Cooke

k:\peer communications\ebay\appeal\notice of appeal.doc

3